UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| VAN DORN DEMAG CORPORATION, | ) | Case No.: 1:03 CV 1473 |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| BELROSE PLASTICS, INC., *et al.*, | ) | |
| | ) | |
| Defendants | ) | <u>ORDER</u> |

The court, having granted Defendant Craig Belrose's ("Defendant") Renewed Motion for Summary Judgment (ECF No. 72) in a separate Order on this same date, hereby enters judgment for the Defendant and against the Plaintiff.

IT IS SO ORDERED.

/S/ SOLOMON OLIVER, JR.
UNITED STATES DISTRICT JUDGE

January 14, 2008